UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MANNY FILM LLC,

    Plaintiff,

v.                                    Case No:   6:15-cv-378-Orl-40TBS

RICHARD DICKINSON,

    Defendant.

_____

## ORDER

After due consideration, Defendant's Unopposed Motion for Extension of Time to File a Response to Plaintiff's Amended Complaint (Doc. 19) is GRANTED.   Defendant has through July 30, 2015 to respond to Plaintiff's complaint.

**DONE** and **ORDERED** in Orlando, Florida on July 16, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record